

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-15-00387-CR and 04-15-00388-CR

Benjamin **ERICKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3805 and 2015CR2807
Honorable Ron Rangel, Judge Presiding

# O R D E R

Pursuant to two plea agreements with the State, appellant pleaded nolo contendere to the offense of assault with a deadly weapon in two separate cases. The trial court imposed sentence in each case in accordance with the agreements and signed certificates stating these "[are] plea-bargain cases, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). Appellant timely filed notices of appeal. The clerk's records, which include the trial court's rule 25.2(a)(2) certifications and written plea bargain agreements, have been filed. *See id.* R. 25.2(d). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id.*

The clerk's records establish the punishment assessed by the court in each case does not exceed the punishment recommended by the prosecutor and agreed to by the defendant. *See id.* R. 25.2(a)(2). The records also appear to support the trial court's certifications that state appellant does not have a right to appeal in either case. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding that court of appeals should review clerk's record to determine whether trial court's certification is accurate).

Appellant is hereby given notice that these consolidated appeals will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless amended certifications showing that appellant has the right to appeal in each case is made part of the appellate record on or before **August 6, 2015**. *See* TEX. R. APP. P. 25.2(d); 37.1; *Daniels v. State*, 110 S.W.3d 174

(Tex. App.—San Antonio 2003, order), *disp. on merits*, No. 04-03-00176-CR, 2003 WL 21508347 (July 2, 2003, pet. ref'd) (not designated for publication).

We **order** all appellate deadlines suspended until further order of the court. We further **order** the clerk of this court to serve copies of this order on the attorneys of record and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court